**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,    :    No. 30 WM 2022

Respondent                :

               v.            :

DAARON ANTHONY SHEARS,       :

Petitioner                :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of October, 2022, the Application for Extraordinary Relief is DENIED.